IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONICA STYER, | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. 3:14-CV-2304 |
| v. | : | (JUDGE NEALON) |
| | : | |
| PROFESSIONAL MEDICAL | : | |
| MANAGEMENT, INC. d/b/a | : | |
| FINANCIAL RECOVERIES, | : | |
|     Defendant | : | |

## ORDER

**AND NOW, ON THIS 15TH DAY OF JULY, 2015**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT**:

1. Defendant's motion for summary judgment, (Doc. 13), is **DENIED**;

2. Plaintiff's motion for summary judgment, (Doc. 10), is **GRANTED**;

3. Judgment is hereby entered in favor of Plaintiff, Monica Styer, and against Defendant, Professional Medical Management, Inc. d/b/a Financial Recoveries;

4. In accordance with the parties' factual and procedural stipulation, (Docs. 6, 11, 15), Plaintiff is awarded one thousand dollars ($1,000.00) for statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A);

5. Also in accordance with the parties' stipulation, (Docs. 6, 11, 15), Plaintiff shall receive the costs of the action, together with a reasonable attorney's fee as agreed to between counsel for the parties, or, if they are unable to agree, as determined by the Court upon application by Plaintiff's counsel, subject to objection and response by Defendant as to the reasonableness of the attorney's fees and costs claimed by Plaintiff; and

6. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**